BLANCHE F. VAN NESS, as Administratrix of the Estate of WILLIAM C. VAN NESS, Deceased, Appellant, *v.* EDWARD JACKSON et al., Defendants, and BEDFORD CHEVROLET SALES CORPORATION, Respondent.

Argued January 16, 1941; decided February 27, 1941.

*Samuel Binder* for appellant.

*Edward M. Fuller* and *Daniel Mungall* for respondent.

Judgments reversed and a new trial granted, with costs to the appellant to abide the event. There is in our opinion substantial evidence from which the jury could reasonably infer that the contract of conditional sale filed on April 26, 1937, was not intended by the parties to constitute an actual transfer of a conditional title. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.